IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**CARRIE EARLENE WALKER,**

                **Petitioner,**

      v.                                  CASE NO. 21-3245-JWL

**GLORIA GEITHER,**

                **Respondent.**

## **MEMORANDUM AND ORDER**

This matter began on October 22, 2021, when Petitioner and Kansas prisoner Carrie Earlene Walker filed a pro se petition for writ of habeas corpus under 28 U.S.C. § 2254. (Doc. 1.) The grounds for relief asserted in the petition were unexhausted, so on May 26, 2022, this matter was stayed and held in abeyance while Petitioner returned to state court to exhaust all available remedies. (Doc. 14.) The Kansas Supreme Court has denied the petition for review in the relevant appeal and the mandate has now issued. (See attached.)

Petitioner is therefore directed to advise this Court, in writing, of any reason not to lift the stay and move forward in this federal habeas action. Petitioner must also advise the Court whether she wishes to (1) file an amended petition or (2) proceed on the petition as it was filed in October 2021. Upon receiving a response to this order from Petitioner, the Court will issue further orders as necessary.

**IT IS THEREFORE ORDERED** that Petitioner is granted to and including May 20, 2024 in which to submit, in writing, a status report advising the Court whether she knows of any reason the stay of this matter should not be lifted and whether she wishes to file an amended petition or

1

Case 5:21-cv-03245-JWL   Document 17   Filed 04/18/24   Page 2 of 2

2

proceed on the petition filed in October 2021. If Petitioner does not timely respond to this order, the Court will lift the stay and proceed on the petition filed in October 2021.

**IT IS SO ORDERED.**

DATED:   This 18th day of April, 2024, at Kansas City, Kansas.

<u>S/ John W. Lungstrum</u>
JOHN W. LUNGSTRUM
United States District Judge