IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

CARRIE EARLENE WALKER,

                **Petitioner,**

      v.                                  CASE NO. 21-3245-JWL

GLORIA GEITHER,

                **Respondent.**

## MEMORANDUM AND ORDER

This matter began on October 22, 2021, when Petitioner and Kansas prisoner Carrie Earlene Walker filed a pro se petition for writ of habeas corpus under 28 U.S.C. § 2254. (Doc. 1.) On May 26, 2022, this matter was stayed and held in abeyance while Petitioner returned to state court to exhaust all available remedies. (Doc. 14.) The state-court proceedings are now complete.

On April 18, 2024, this Court issued a memorandum and order ("the M&O") directing Petitioner to advise this Court, in writing, of any reason not to lift the stay and move forward in this federal habeas action. (Doc. 17.) The M&O further directed Petitioner to advise the Court whether she wishes to (1) file an amended petition or (2) proceed on the petition as it was filed in October 2021. The deadline to file the response was May 20, 2024. *Id.*

The Court has not received a response from Petitioner. On April 22, 2024, however, the Court received a letter from Petitioner advising that her state-court action was complete and asking about the next step in this federal habeas matter. (Doc. 18.) In light of this letter and the fact that the Court has not received any response that includes the information detailed in the M&O, it appears that Petitioner may not have received the M&O. The Court therefore directs Petitioner to submit a written response informing the Court whether she knows of any reason that this Court

should not lift the stay of this federal habeas matter and whether she wishes to file an amended petition in this matter. When the Court receives the response to this order, it will issue further orders as necessary.

**IT IS THEREFORE ORDERED** that Petitioner is granted to and including June 17, 2024 in which to advise this Court, in writing, of any reason the stay of this matter should not be lifted and whether she wishes to file an amended petition or proceed on the petition filed in October 2021. If Petitioner does not timely respond to this order, the Court will lift the stay and proceed on the petition filed in October 2021.

**IT IS SO ORDERED.**

DATED:   This 29th day of May, 2024, at Kansas City, Kansas.

<u>S/ John W. Lungstrum</u>
JOHN W. LUNGSTRUM
United States District Judge